1  DELLA BAHAN (S.B. No. 88649)
2  PUJA BATRA (S.B. No. 206218)
   BAHAN & ASSOCIATES
3  140 S. Lake Avenue, Suite 230
4  PASADENA, CA 91101
   Telephone: (626) 796-5100; Fax: (626) 796-9895
5

6  RANDY RENICK (S.B. No. 179652)
7  THE LAW OFFICES OF RANDY RENICK
   128 N. Fair Oaks Avenue, Suite 204
8  Pasadena, California 91103
9  Telephone: (626) 585-9608; Fax: (626) 577-7079

10 Attorneys for Plaintiff
11
   JOSEPH M. LOVRETOVICH (S.B. No. 73403)
12 LAW OFFICES OF JOSEPH M. LOVRETOVICH
13 5850 Canoga Avenue, Suite 315
   Woodland Hills, CA 91367
14
   Telephone: (818) 610-8800; Fax: (818) 610-3030
15

16 Attorneys for Defendants

17                  UNITED STATES DISTRICT COURT
18
                    CENTRAL DISTRICT OF CALIFORNIA
19
20 TZIGHE MESFUN,              ] CASE NO. 03-02182 MMM (RNBx)
                  Plaintiff,   ] STIPULATION AND [PROPOSED]
21                             ] ORDER EXCLUDING DR.
        v.                     ] MESGNA MEDHANE FROM
22                             ] TESTIFYING AS A DEFENSE
23 BESERAT HAGOS, et al.,      ] EXPERT AND STRIKING HIS
                               ] EXPERT REPORT
24                Defendants.  ]
                               ] Hearing date:   Not set
25                             ] Hearing time:   Not set
26                             ] Courtroom:      790 Roybal
                               ]                 Oct. 4, 2004
27                             ]                 Nov. 2, 2004
28 _____

## STIPULATION

WHEREAS, defendants' counsel listed Dr. Mesgna Medhane in their initial expert disclosure dated February 27, 2004;

WHEREAS, the parties met and conferred regarding contemplated motions *in limine* to exclude experts from trial and strike expert reports;

WHEREAS, during the meet and confer, counsel for defendants agreed that defendants would not call Dr. Medhane at trial and that Dr. Medhane's expert report would be stricken;

///

///

///

///

///

///

///

///

///

///

**IT IS HEREBY AGREED AND STIPULATED BY PLAINTIFF AND DEFENDANTS** through their respective counsel that:

1. Defendants are precluded from calling Dr. Mesgna Medhane at trial for any purpose;

2. Dr. Mesgna Medhane's expert report is hereby stricken; and

3. This stipulation may be executed in counterparts and by facsimile.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 29, 2004  BAHAN & ASSOCIATES
THE LAW OFFICES OF RANDY RENICK

By: /s/ Puja Batra
    Puja Batra
    Attorneys for Plaintiff

Dated: September __, 2004  LAW OFFICES OF JOSEPH M. LOVRETOVICH

By: _____
    Joseph M. Lovretovich
    Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: October 15, 2004

/s/ Margaret M. Morrow
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

3

IT IS HEREBY AGREED AND STIPULATED BY PLAINTIFF AND DEFENDANTS through their respective counsel that:

1. Defendants are precluded from calling Dr. Mesgna Medhane at trial for any purpose;

2. Dr. Mesgna Medhane's expert report is hereby stricken; and

3. This stipulation may be executed in counterparts and by facsimile.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September __, 2004      BAHAN & ASSOCIATES
                               THE LAW OFFICES OF RANDY RENICK

                               By:_____
                                   Puja Batra
                               Attorneys for Plaintiff

Dated: September 29, 2004      LAW OFFICES OF JOSEPH M. LOVRETOVICH

                               By:_____
                                   Joseph M. Lovretovich
                               Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: _____
                               _____
                               HON. MARGARET M. MORROW
                               UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18, years and not a party to the within action; my business address is 140 S. Lake Avenue, Suite 230, Pasadena, California 91101.

      On September 29, 2004, I served the foregoing document described as <u>STIPULATION AND [PROPOSED] ORDER EXCLUDING DR. MESGNA MEDHANE FROM TESTIFYING AS A DEFENSE EXPERT AND STRIKING HIS EXPERT REPORT</u> on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Joseph M. Lovretovich
Law Offices of Joseph M. Lovretovich
5850 Canoga Avenue, Suite 315
Woodland Hills, CA 91367

[X] **(By Mail)**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice I place all envelopes to be mailed in a location in my office specifically designated for mail. The mail then would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on <u>September 29, 2004</u>.

[ ] **(By Personal Service)**
I caused such envelope to be delivered by hand to the offices of the addressee. Executed on <u>September 29, 2004</u>.

[X] **(Federal Court)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                                                    _/s/ Nathan Howe_
                                                                NATHAN HOWE