# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | CV 03-02182-MMM(RNBx) | Date FEBRUARY 22, 2005 |
| Title: | TZIGHE MESFUN VS BESERAT HAGOS, ET AL | |

Present: The Honorable **MARGARET M. MORROW**

| ANEL HUERTA | DAVID SALYER |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| RANDY RENICK | JOSEPH LOVRETOVICH |
| PUJA BATRA | PETER COOK |

_____ Day Court Trial       FIRST Day Jury Trial

**DOCKETED ON CM  FEB 25 2005  BY _____ 012**

- **x** The Jury is impaneled and sworn.
- **x** Opening statements made by    PLAINTIFF & DEFENDANT
- **x** Witnesses called, sworn and testified.    ___ Exhibits identified.    ___ Exhibits admitted.
- ___ Plaintiff(s) rest.    ___ Defendant(s) rest.
- ___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
- ___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
- ___ Jury polled.    ___ Polling waived.
- ___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
- ___ Judgment by Court for _____    ___ plaintiff(s)    ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
- ___ Case submitted.    Briefs to be filed by _____
- ___ Motion to dismiss by _____ is    ___ granted.    ___ denied.    ___ submitted.
- ___ Motion for mistrial by _____ is    ___ granted.    ___ denied.    ___ submitted.
- ___ Motion for Judgment/Directed Verdict by _____ is    ___ granted.    ___ denied.    ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- **x** Case continued to    FEBRUARY 23, 2005 @ 8:30 AM    for further trial/further jury deliberation.
- ___ Other: _____

7.5  :  _____

Initials of Deputy Clerk    AH

cc:

CV-96 (01/05)    CIVIL MINUTES - TRIAL    Page 1