✓ Priority
✓ Send
✓ Clsd
✓ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JUL 2 0 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TZIGHE MESFUN | ) CASE NO. CV 03-02182 MMM (RNBx) |
| Plaintiff, | ) AMENDED JUDGMENT |
| vs. | ) |
| BESERAT HAGOS, ABRAHA BAHTA, all individually and dba, and DOES 1 through 10, inclusive., | ) |
| Defendants. | ) |

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 2 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

On March 2, 2005, the jury returned a special verdict following a trial in this matter. On March 22, 2005, based on the jury's findings, and pursuant to the parties' stipulation, the court entered final judgment against defendant Beserat Hagos in the amount of $24,754.58. On July 19, 2005, the court granted the motions of plaintiff Tzighe Mesfun to amend the judgment and for reasonable attorneys' fees and costs. Based on the findings recited in that order,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Tzighe Mesfun recover unpaid minimum wages of $11,096.25,

311

liquidated damages of $11,096.25, interest thereon in the amount of $9,262.94, and waiting time penalties of $937.50, for a total judgment of $32,392.94, on her claim for unpaid minimum wages under the California Labor Code, against defendant Beserat Hagos;

2. That plaintiff take nothing on her claim for unpaid minimum wages against defendant Abraha Bahta;

3. That plaintiff take nothing on her claims for fraud, false imprisonment, invasion of privacy, intentional infliction of emotional distress, negligence, negligent infliction of emotional distress, and negligent supervision against defendants Beserat Hagos and Abraha Bahta;[1]

4. That plaintiff recover attorneys' fees in the amount of $101,871.48 against defendant Beserat Hagos;

5. That plaintiff recover costs in the amount of $4,750.23 against defendant Beserat Hagos;

6. That the action be, and it hereby is dismissed.

DATED: July 19, 2005

*[signature]*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

---

[1] On February 15, 2005, the court issued an order granting defendants' motion to strike plaintiff's claim for involuntary servitude. Prior to trial, plaintiff voluntarily dismissed her claims for assault, negligence per se, and unpaid minimum wages under the Fair Labor Standards Act.

2